DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN

*Maverick Process 516 693-1100*

21512

UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

Petitioner(s)
Plaintiff(s)

- against -

563-569 CAULDWELL REALTY LLC, F/K/A 381 E. 160 EQUITIES, LLC, M&P REALTY MANAGEMENT LLC AND OMAR PANIAGUA,

Defendant(s)
Respondent(s)

ATTORNEY: SOKOLOFF
RETURN DATE
INDEX NO: 08 CV 2936
INDEX DATE: 3/20/2008

## AFFIDAVIT OF SERVICE
## DUE DILIGENCE

STATE OF NEW YORK    )
COUNTY OF NASSAU     ) ss.

I DAVID A. SMITH BEING DULY SWORN DEPOSES AND SAYS I AM NOT A PARTY TO THIS ACTION AND AM OVER THE AGE OF EIGHTEEN AND RESIDE IN THE STATE OF NEW YORK. I HEREBY DECLARE UNDER PENALTIES OF PERJURY THAT I RECEIVED THE

SUMMONS IN A CIVIL ACTION & COMPLAINT

AFTER DUE AND DILIGENT SEARCH AND INQUIRY, I AM UNABLE TO FIND THE WITHIN NAMED PARTY, OMAR PANIAGUA, AT THE FOLLOWING ADDRESS(ES).

200 E. 205TH STREET APT 5C BRONX, NY 10458

SERVICE HAS NOT BEEN EFFECTED BECAUSE:

☐ MOVED                              ☑ UNKNOWN AT ADDRESS
☐ INCORRECT PLACE OF SERVICE         ☐ NO SUCH ADDRESS
☐ PARTY IS EVADING SERVICE           ☐ PARTY DECEASED
☐ NO LONGER AT PLACE OF BUSINESS     ☐ OTHER
☐ PARTY COULD NOT BE SERVED WITHIN THE PRESCRIBED TIME BEFORE THE HEARING DATE

**REMARKS:**
ON MARCH 31ST OF 2008 AT 8:13AM I ATTEMPT SERVICE ON OMAR PANIAGUA. UPON THIS ATTEMPT I SPOKE WITH THE SUPER OF THE BUILDING, SAMMY SYLAU, WHO INFORMED ME THAT APARTMENT 5C IS A VACANT APARTMENT.

Sworn Before me this day 1 of
APRIL          2008

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050