**MAVERICK PROCESS SERVICE, INC.**

647 Franklin Ave. ▪ Garden City, NY 11530
Office (516) 693-1100 • Fax (516) 693-1200

# FAX COVER SHEET

TO: Darryl

FROM: Bobby

DATE: 4/9

PAGES: 2
(INCLUDING COVER SHEET)

NOTE: OMAR

DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN

UNITED NATIONAL SPECIALTY INSURANCE COMPANY,
Petitioner(s)
Plaintiff(s)
- against -
563-569 CAULDWELL REALTY LLC, F/K/A 381 E. 160 EQUITIES, LLC,
M&P REALTY MANAGEMENT LLC AND OMAR PANIAGUA,
Defendant(s)
Respondent(s)

ATTORNEY   SOKOLOFF   21628
RETURN DATE
INDEX NO   08 CV 2936
INDEX DATE   3/20/2008
CALENDAR NO
3rd PARTY INDEX#
JUDGE SWEET

AFFIDAVIT OF SERVICE

STATE OF NEW YORK: COUNTY OF NASSAU ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2008 at 9:14 AM at 3148 EAST TREMONT AVE BRONX, NY 10461

deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT

upon

OMAR PANIAGUA VIA YOLANDA ACRE, ESQ

☒ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

A. Individual ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient therein.

B. Corp/ ☒ By delivering to and leaving with PATRICE GORDON and that he knew the person
Prtnshp   so served and authorized to accept service to ☐ an officer ☐ Director/ ☒ managing agent or general agen ☐ cashier ☐ Asst Cashier
☐ Agent authorized by appointment or by law to receive service.

C. Suitable ☐ By delivering thereof a true copy of each to
Age Person   Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state
a person of suitable age and discretion.

D. Affixing ☐ By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
to Door, Etc.   ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age
discretion, thereat, having called there

@   @   @

Deponent talked to   who stated that recipient ☐ lived ☐ worked there.

E. Mailing ☐ On   Deponent completed said service under the last two sections by mailing a copy of
W/B,C or the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which
Mailing   is recipient's: ☐ last known residence ☐ (with additional endorsement of Personal and Confidential
on face of envelope.)
☐ last known place of business ☐ An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

F. DRL   ☐
Sec232   The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto
which was provided by the plaintiff.

G. Description
☐  SEX   SKIN COLOR   HAIR COLOR   AGE (approx.)   HEIGHT (approx.)   WEIGHT (approx.)
OTHER   F   BLACK   BLACK   18   5'1"   90
☒

Sec.8001Fee A fee of $0.00 , pursuant to CPLR Section 8001, was tendered to the witness.

Military ☐
☐
☐ I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day of
APRIL   , 2008

DONNA L. O'DRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

(NOTARY PUBLIC)

DAVID A SMITH #0912050

Maverick Process 516-693-1100