ALLYN & FORTUNA, LLP
Nicholas Fortuna (NF 9191)
Attorneys for Defendant
*563-569 CAULDWELL REALTY LLC, f/k/a 381 E. 160 EQUITIES LLC
and M&P REALTY MANAGEMENT LLC*
200 Madison Avenue, 5th floor
New York, New York, 10016-3903
Ph: (212) 213-8844
Fax: (212) 213-3318

**UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED NATIONAL SPECIALTY
INSURANCE COMPANY

                Plaintiff,

-against-

563-569 CAULDWELL REALTY LLC, f/k/a 381 E.
160 EQUITIES, LLC, M&P REALTY MANAGEMENT
LLC and OMAR PANIAGUA,

                Defendants.
-----------------------------------------------------------------X

Docket No.: 08 CV 2936

**RULE 7.1 STATEMENT**

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 563-569 CAULDWELL REALTY LLC, f/k/a 381 E. 160 EQUITIES, LLC, and M&P REALTY MANAGEMENT LLC states that the aforementioned defendants have no corporate parent and that no publicly held corporation owns ten percent or more of its stock.

DATED:    New York, New York
             April 16, 2008

Respectfully submitted,

ALLYN & FORTUNA LLP

By: /s/
Nicholas Fortuna (NF 9191)
200 Madison Avenue, 5th Floor
New York, New York 10016
(212) 213-8844
(212) 213-3318 (facsimile)