UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

                            Plaintiff,

-against-

563-569 CAULDWELL REALTY LLC, f/k/a 381 E. 160 EQUITIES, LLC, M&P REALTY MANAGEMENT LLC and OMAR PANIAGUA,

                            Defendants.
-----------------------------------------------------------------X

Docket No.: 08 CV 2936 (RWS)

**RESPONSE TO COUNTERCLAIMS**

Plaintiff, UNITED NATIONAL SPECIALTY INSURANCE COMPANY ("UNITED NATIONAL"), by its attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, hereby answers the counterclaims of defendants, 563-569 CAULDWELL REALTY LLC f/k/a 381 E. 160 EQUITIES LLC and M&P REALTY MANAGEMENT LLC, dated April 11, 2008, upon information and belief, as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1" of the counterclaims.

2. Denies the allegations contained in paragraph "2" of the counterclaims, except admits that United National issued a general liability policy of insurance to M&P with Policy Number L7197722.

3. Denies the allegations contained in paragraph "3" of the counterclaims.

4. Denies the allegations contained in paragraph "4" of the counterclaims, and respectfully refers the Court to the Policy for its terms at the time of trial.

5. Denies the allegations contained in paragraph "5" of the counterclaims, and respectfully refers the Court to the policy for its terms at the time of trial.

6. Admits the allegations contained in paragraph "6" of the counterclaims.

7. Denies the allegations contained in paragraph "7" of the counterclaims.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "8" of the counterclaims.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9" of the counterclaims.

10. Denies the allegations contained in paragraph "10" of the counterclaims.

11. Denies the allegations contained in paragraph "11" of the counterclaims, except admits that notice was provided to United National in June of 2007.

12. Admits the allegations contained in paragraph "12" of the counterclaims, and begs leave to refer to the disclaimer for its terms.

13. Denies the allegations contained in paragraph "13" of the counterclaims.

14. Denies the allegations contained in paragraph "14" of the counterclaims.

15. Denies the allegations contained in paragraph "15" of the counterclaims, except admits United National sent Cauldwell a letter dated October 29, 2007 denying Cauldwell coverage, and begs the Court to refer to that letter for its terms.

16. Denies the allegations contained in paragraph "16" of the counterclaims.

17. Denies the allegations contained in paragraph "17" of the counterclaims.

18. Denies the allegations contained in paragraph "18" of the counterclaims.

### ANSWERING THE FIRST COUNTERCLAIM
### FOR DECLARATORY JUDGMENT

19. As and for a response to paragraph "19" of the counterclaims, plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "18" of this answer with the same force and effect as if fully set forth at length herein.

20. Denies the allegations contained in paragraph "20" of the counterclaims, and respectfully refers the Court to the Policy for its terms at the time of trial.

21. Denies the allegations contained in paragraph "21" of the counterclaims, and respectfully refers the Court to the Policy for its terms at the time of trial.

22. Denies the allegations contained in paragraph "22" of the counterclaims.

23. Denies the allegations contained in paragraph "23" of the counterclaims.

24. Denies the allegations contained in paragraph "24" of the counterclaims.

25. Denies the allegations contained in paragraph "25" of the counterclaims, and respectfully refers all questions of law to the Court for adjudication.

26. Denies the allegations contained in paragraph "26" of the counterclaims, and respectfully refers all questions of law to the Court for adjudication.

27. Denies the allegations contained in paragraph "27" of the counterclaims.

### ANSWERING THE SECOND COUNTERCLAIM FOR DECLARATORY JUDGMENT (BREACH OF CONTRACT)

28. As and for a response to paragraph "28" of the counterclaims, plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "27" of this answer with the same force and effect as if fully set forth at length herein.

29. Denies the allegations contained in paragraph "29" of the counterclaims, except admits that United National timely disclaimed as set forth above.

30. Denies the allegations contained in paragraph "30" of the counterclaims.

31. Denies the allegations contained in paragraph "31" of the counterclaims.

32. Denies the allegations contained in paragraph "32" of the counterclaims, and respectfully refers all questions of law to the Court for adjudication.

33. Denies the allegations contained in paragraph "33" of the counterclaims, and respectfully refers all questions of law to the Court for adjudication.

34. Denies the allegations contained in paragraph "34" of the counterclaims.

### ANSWERING THE THIRD COUNTERCLAIM FOR ATTORNEYS FEES

35. As and for a response to paragraph "35" of the counterclaims, plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "34" of this answer with the same force and effect as if fully set forth at length herein.

36. Denies the allegations contained in paragraph "36" of the counterclaims.

37. Denies the allegations contained in paragraph "37" of the counterclaims.

38. Denies the allegations contained in paragraph "38" of the counterclaims.

39. Denies the allegations contained in paragraph "39" of the counterclaims.

WHEREFORE, it is demanded that a judgment be entered dismissing plaintiff's counterclaims herein, together with the costs, disbursements and attorneys' fees for this action, and any other relief that this Court may deem appropriate,

DATED:   Mineola, New York
         May 16, 2008

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
Attorneys for Plaintiff
**UNITED NATIONAL SPECIALTY INSURANCE COMPANY**

By: _____
Michael A. Miranda (MAM-6413)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-488

TO:

ALLYN & FORTUNA LLP
Attorneys for 563-569 Cauldwell Realty, LLC
200 Madison Avenue, 5th Floor
New York, NY 10016
212-313-3318

Yolanda Arce, Esq.
THE ARCE LAW OFFICES, PLLC.
Attorneys for Omar Paniagua
3148 East Tremont Avenue
.Bronx, NY 10461

M&P Realty Management
C/O Moses Steinberg
1564 56th Street
Brooklyn, NY 11219